IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT LARRY APEL,
    Plaintiff,

vs.         3:07cv200/MCR/MD

JOYCE WILLIAMS, et al.,
    Defendants.
    _____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 6, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's motion for voluntary dismissal (doc. 5) is GRANTED and this case is dismissed without prejudice.

3.    The clerk is directed to close the file and send plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983.

DONE AND ORDERED this 9th day of July, 2007.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**